✎AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | INDIANA |
|---|---|---|

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

| ANDRE FIGURES | Case Number: | 1:05CR00071-001 |
|---|---|---|
| | USM Number: | 08411-028 |

William E. Marsh
Defendant's Attorney

## THE DEFENDANT:

X   admitted guilt to Violation Number(s) _____1-6_____ of the term of supervision.

☐   was found in violation of Violation Number(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Violation of RRC Rules | 5/20/12 |
| 2 | Unlawful drug use | 5/18/12 |
| 3 | Excessive drug use | 5/18/12 |
| 4 | Illegal drug use | 5/18/12 |
| 5 | New offense | 11/30/11 |
| 6 | Failure to report law enforcement contact | 11/30/11 |

The defendant is sentenced as provided in pages 2 through ___2___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Last Four Digits of Defendant's Soc. Sec. No.: | 9215 | 8/2/2012 |
|---|---|---|
| | | Date of Imposition of Judgment |
| Defendant's Year of Birth: | 1983 | |
| City and State of Defendant's Residence: | | Signature of Judicial Officer |
| Indianapolis, IN | | |

**Honorable Larry J. McKinney, Senior U.S. District Court Judge**
Name and Title of Judicial Officer

August 7, 2012
Date

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _Gwendy J. Parkdale_
Deputy Clerk

Judgment — Page     2     of     2

DEFENDANT:          ANDRE FIGURES
CASE NUMBER:        1:05CR00071-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :     16 months

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at   _____   ☐ a.m.   ☐ p.m.   on   _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on   _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on   _____   to   _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL